UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
FEB 1 5 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ALFREDO CERVANTES MONTES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 03-CR-10005-02 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On February 14, 2005, Petitioner Montes filed a Motion attacking the sentence this Court imposed on April 14, 2004. Montes claims that twenty-nine of the thirty-eight months to which he was sentenced violate the Fifth and Sixth Amendments of the federal Constitution.

Though Montes does not attempt to fit his Motion into any particular procedural vehicle, a brief review leads the Court to the inescapable conclusion that the Motion is one for collateral relief from judgment under 28 U.S.C. § 2255. *See* Melton v. U.S. 359 F.3d 855, 857 (7th Cir. 2004). Accordingly, this Court is poised to construe Montes Motion as one under § 2255.

Before doing so, however, if the procedural rigors of § 2255 are to apply in the future, then the Court must warn Montes of the effect that this characterization will have future motions (if any) for collateral relief. Castro v U.S., 540 U.S. 375, 383 (2003). If Montes allows his Motion to stand as is, any subsequent motion properly construed as a 2255

motion will be considered "second or successive," and the strict rules applicable to such motions will apply. 28 U.S.C. § 2255 ¶ 8.

Armed with this knowledge, Castro requires the Court to allow Petitioner "an opportunity to withdraw the motion or to amend it so that it contains all the § 2255 claims he believes he has." Castro, 540 U.S. at 383. Accordingly, Montes will be allowed until March 9, 2005 to withdraw his Motion or amend it to include all the viable § 2255 claims he believes he has. If Montes chooses not to withdraw or amend his Motion, the Court will proceed as if the present Motion was under § 2255, applying all appropriate procedural rigors now and in the future, and opening a new civil case.

ENTERED this 15th day of February, 2005.

s/Michael M. Mihm
Michael M. Mihm
United States District Judge