IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) Case No.  03-10005-02 |
| | ) |
| ALFREDO MONTES, | ) |
| | ) |
| Defendant. | ) |

FILED
MAR 2 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION FOR RULING ON MOTION TO CORRECT ORDER

Now comes the Defendant, ALFREDO MONTES, by his attorney, MARIBETH EGERT DURA and hereby moves this Honorable Court to render a ruling on the Defendant's Motion to Correct Order filed on April 22, 2004 and in support of same states the following:

1.   That on April 14, 2004, the Defendant was sentenced to 38 months in the Federal Bureau of Prisons and was ordered to pay $74,096.76 in restitution in the above matter. A Judgment was entered on April 15, 2004.

2.   That the Defendant filed a timely Motion to Correct Order on April 22, 2005.

3.   That the restitution in the Judgment should be ordered joint and several and the Judgment does not reflect that the Defendant should be given credit for time served.

4.   That Defendant's attorney and the US Probation office have discussed resolution of the above issues but it is necessary for the Court to render a ruling pertaining to the aforementioned Motion to Correct Order.

WHEREFORE, the Defendant prays that this Honorable Court make a ruling on the Defendant's Motion to Correct Order and for further relief as the Court deems just and equitable.

ALFREDO MONTES, Defendant,

By: _____
MARIBETH EGERT DURA, his Attorney

MARIBETH EGERT DURA, ESQ.
4516 N. Sterling Avenue, Suite 350
Peoria, Illinois 61615
Telephone: (309) 686-0895
Fax: (309) 686-0985
MED/ta

## PROOF OF SERVICE

The undersigned certifies that on <u>March 22, 2005</u>,

[__X__]  A copy of the attached instrument was deposited in the U.S. Mail, postage prepaid, at Peoria, Illinois, plainly addressed as follows:

[__X__]  A copy of the attached instrument was delivered via facsimile to the following.

    Mr. Bradley Murphy
    Assistant Untied States' Attorney
    United States Attorney's Office
    One Tech Building
    Peoria, Illinois  61602

    Mr. Vincent Kistner
    US Probation Officer
    US Probation Office
    201 S. Vine
    Urbana, IL 61802

    Ms. Lisa Villatte
    US Probation Office
    Federal Court Building
    Peoria, Illinois 61602

MARIBETH EGERT DURA, ESQ.
4516 N. Sterling Avenue, Suite 350
Peoria, Illinois 61615
Telephone: (309) 686-0895
Fax: (309) 686-0985
MED/ta

3