# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 03-10005-02 |
| ) | |
| ALFREDO MONTES, ) | |
| ) | |
| Defendant. ) | |

## RESPONSE TO MOTION TO CORRECT ORDER

Now comes the United States of America by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Bradley W. Murphy, Assistant United States Attorney, and in response to defendant's *Motion To Correct Order*, states as follows:

1. On April 14, 2004, the defendant was sentenced to 38 months imprisonment and was ordered to pay $74,096.76 in restitution.

2. The defendant now claims:

    a. the restitution should have been ordered to be a joint and several liability for he and his co-defendants, and

    b. he should have been given credit for time served.

3. The defendant's restitution figure included only those amounts to which the defendant was directly linked by the evidence. It did not include other amounts attributable to the broader conspiracy, of which the defendant was part. Under those

circumstances, the Court has discretion to make the restitution obligation either sole or joint. The defendant has provided no authority whatsoever requiring the Court to order the restitution to be shared jointly by members of the conspiracy.

    4.    The defendant has received all the credit to which he is entitled against his sentence. On August 29, 2002 the defendant was sentenced to 32 months imprisonment for a felony conviction in Los Angeles, California. On April 20, 2003, he was turned over to the United States Marshal to answer the federal charges from the Central District of Illinois. Later, on March 26, 2004, he was paroled on the California sentence. After he was sentenced on April 14, 2004, he was awarded 19 days credit against his federal sentence herein (March 26 - April 14). Because he was serving an undischarged state sentence of 32 months from the California conviction, he was entitled to credit against his federal sentence only after being paroled on the California conviction. The defendant has received the 19 days credit to which he is entitled.

    The United States requests the Court to deny the defendant's motion.

Respectfully submitted,

UNITED STATES OF AMERICA

JAN PAUL MILLER
UNITED STATES ATTORNEY

**s/: BRADLEY W. MURPHY**
BRADLEY W. MURPHY
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone: 309.671.7050

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 03-10005-02 |
| ALFREDO MONTES, | ) ) ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on**, March 28, 2005**, I electronically filed the plaintiff's

**RESPONSE TO MOTION TO CORRECT ORDER** with the Clerk of the Court using the

CM/ECF system which will send notification of such filing to the following:

**Maribeth Egert Dura
Attorney at Law**

and I hereby further certify that I have mailed, by United States Postal Service, the

plaintiff's **RESPONSE TO MOTION TO CORRECT ORDER** to the following non

CM/ECF participants:

**Not Applicable**

s/: DONALD C. LATTIG
**DONALD C. LATTIG**
Legal Assistant
Office of the United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone: 309.671.7050
E-Mail: don.lattig@usdoj.gov